UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL SCOTT LOTT AND<br>ALLYSON H. LOTT<br>      Plaintiffs | * * * * | CIVIL ACTION NO.:2:11-CV-00096 |
| VERSUS | * * | SECTION B (1) |
| STATE NATIONAL INSURANCE COMPANY, CENTURY SURETY COMPANY, TWIN CITY TRANSPORTATION, INC. AND EARL D. HANCE<br>      Defendants | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Upon considering the above and foregoing Motion For Entry of Rule 54(b) Judgment by Century Surety Company ("Century"), and having granted Century's Motion for Summary Judgment dismissing Century with prejudice and finding that there is no just reason for delay, it is hereby:

**ORDERED** that a Rule 54(b) Final Judgment be and hereby is entered as to Century Surety Company and the claims against Century in the captioned matter are **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

NEW ORLEANS, LOUISIANA this 28th day of ____July____, 2011.

_____
United States District Judge